No. 778. VARIOUS ARTICLES OF "OBSCENE" MERCHANDISE (CHERRY, CLAIMANT) *v.* UNITED STATES ET AL. Appeal from D. C. S. D. N. Y. dismissed.

No. 5753. WADLINGTON *v.* MINDES ET AL. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS, MR. JUSTICE WHITE, and MR. JUSTICE BRENNAN are of the opinion that probable jurisdiction should be noted.